IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60696
Conference Calendar
_____

ERMEL ANTONIO GARAY,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70 675 318

- - - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ermel Antonio Garay petitions for review of the Board of
Immigration Appeals' decision dismissing his appeal from the
immigration judge's decision to deny his application for asylum
and for a withholding of deportation.  We have reviewed the
record and the briefs and determine that the decision of the
immigration judge adopted by the Board is supported by

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

substantial evidence.  See <u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th cir. 1996).  The petition for review is DENIED.